**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-2611**

SAMUEL B. WALLACE, IV,

Plaintiff - Appellant,

versus

DONNA E. SHALALA, SECRETARY OF HEALTH AND
HUMAN SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-
93-2536-PJM)

Submitted: April 17, 1997          Decided: April 24, 1997

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel B. Wallace IV, Appellant Pro Se. George Levi Russell, III,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Samuel B. Wallace appeals from the district court's orders granting Defendant's motions to dismiss and for summary judgment, and dismissing his employment discrimination action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e (West 1994). Wallace alleged discrimination on the basis of his race (black) and sex (male).

Our review of the record and the district court's opinions discloses that this appeal is without merit. Wallace failed to establish a prima facie case of employment discrimination. See O'Connor v. Consolidated Coin Caterers Corp., ___ U.S. ___, 64 U.S.L.W. 4243 (U.S. Apr. 1, 1996) (No. 95-354); see also McDonnell Douglas Corp. v. Green, 411 U.S. 792, 802 (1973); Alvarado v. Board of Trustees, 928 F.2d 118, 121 (4th Cir. 1991). Moreover, Wallace's class action claim of discrimination and his various antitrust claims were properly dismissed by the district court. We therefore affirm the district court's orders on the reasoning of the district court. Wallace v. Shalala, No. CA-93-2536-PJM (D. Md. Apr. 11, 1996; Sept. 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

AFFIRMED